ACCEPTED
01-14-01006-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 8:56:18 AM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS OF TEXAS
FIRST JUDICIAL DISTRICT

**CHARLES RAY CARTER**                    §

vs.                                        §
                                           §
**STATE OF TEXAS**                         §
                                           §
                                           §

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 8:56:18 AM
CHRISTOPHER A. PRINE
Clerk

**Case No. 01-14-01006-CR**

## MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Charles Ray Carter, through counsel, moves the Court to extend time to file his brief, due July 8, 2015, for the following reasons:

1.      Counsel, Assistant Public Defender, Melissa Martin has been working on many cases including, but not limited to *Humphrey v. State* , 14-15-00226-CR; *Scott v. State*, 01-15-00054-CR; and *Hill v. State*, 01-14-00945-CR;  as well as the instant case and has been unable to complete the brief despite due diligence.

2.      This is the second request for an extension in this case.

In view of the foregoing, Mr. Carter asks the Court to extend the time to file his brief for 30 days, or up to and including August 7, 2015. This request is made in the interest of justice and effective assistance of counsel and not for purposes of delay.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

*/s/  Melissa Martin*

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on July 8, 2015.


/s/ *Melissa Martin*

_____

Melissa Martin